IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:25-CV-00070-KDB-SCR

| | |
|---|---|
| **LEROI JOHNSON,**<br><br>**Plaintiff,**<br><br>v.<br><br>**AAH HOMES, LLC, AND DEBRA LYNN WATSON,**<br><br>**Defendants.** | **MEMORANDUM AND ORDER** |

**THIS MATTER** is before the Court sua sponte. Plaintiff initiated this action by filing a Complaint on May 4, 2025. *See* Doc. No. 1. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure 4(m), Plaintiff was required to effect service of process upon Defendants within 90 days of filing the Complaint. *See* Fed. R. Civ. P. 4(m).

To date, Plaintiff has not filed proof of service, and the time for doing so has expired. Accordingly, the Court orders Plaintiff to show cause, on or before September 8, 2025, why the Complaint should not be dismissed without prejudice for failure to timely serve Defendants as required by Rule 4(m).

**SO ORDERED ADJUDGED AND DECREED**.

Signed: August 28, 2025

Kenneth D. Bell
United States District Judge

1